LINDA KOCHER                      *      NO. 2019-CA-0993

VERSUS                            *      COURT OF APPEAL

TRUTH IN POLITICS, INC.,          *      FOURTH CIRCUIT
AND CAUSEWAY
CONNECTION PAC                    *      STATE OF LOUISIANA

                                  *

                                  *
                        * * * * * * *


**BROWN, J., CONCURS FOR THE REASONS ASSIGNED BY JUDGE DYSART.**